| | |
|---|---|
| 1 | T. MARK SMITH, ESQ. – SBN 162370 |
| 2 | CLIFFORD & BROWN<br>A Professional Corporation |
| 3 | Attorneys at Law<br>Bank of America Building |
| 4 | 1430 Truxtun Avenue, Suite 900<br>Bakersfield, CA  93301-5230 |
| 5 | Tel: (661) 322-6023     Fax: (661) 322-3508 |
| 6 | Attorney for Defendant, COUNTY OF KERN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \*

| | |
|---|---|
| ARTHUR GRAY,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN and DOES 1 - 10,<br><br>            Defendants. | **CASE NO.  1:14-CV-00204-LJO-JLT**<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON**<br><br>**Date:         September 28, 2017**<br>**Time:        8:30 a.m.**<br>**Courtroom:  4** |

WHEREAS, this matter has recently been remanded to the U.S. District Court for the Eastern District of California from the Ninth Circuit Court of Appeals after a ruling and Order on Appeal;

WHEREAS, this Court recently scheduled a Scheduling Conference for September 28, 2017 at 8:30 a.m. in Courtroom 4;

WHEREAS, on September 20, 2017, Defendant, County of Kern filed a Substitution of Attorney substituting the Kern County Counsel's Office with Clifford & Brown, T. Mark Smith as counsel for County of Kern;

WHEREAS, Clifford & Brown has not yet received the file on this matter from the Kern County Counsel's office and has not yet had an opportunity to review this matter on remand and file a Scheduling Conference Statement;

///

WHEREAS, in light of the recent Substitution of Counsel, the parties hereto stipulate to continue the Scheduling Conference by 30 days to a date on or after October 30, 2017 to allow substituted counsel to become familiar with the matter;

IT IS HEREBY STIPULATED, by and between counsel for the parties hereto, that the Scheduling Conference currently scheduled for September 28, 2017 at 8:30 a.m. in Department 4 be continued to a date on or after October 30, 2017.

Dated: September 22, 2017                                      CENTER FOR DISABILITY ACCESS

By     /s/ Chris Carson
    RAYMOND G. BALLISTER, JR.
    PHYL GRACE
    CHRIS CARSON
    Attorney for Plaintiff,
    ARTHUR GRAY

Dated: September 22, 2017                                      CLIFFORD & BROWN

By     /s/ T. Mark Smith
    T. MARK SMITH
    Attorney for Defendant,
    COUNTY OF KERN

ORDER

For good cause shown, the Scheduling Conference is hereby continued to November 2, 2017 in Department 4 (LJO) at 8:30 a.m. The parties are directed to file a Scheduling Conference Statement one week prior to the Scheduling Conference. The Parties are cautioned that continuances before the undersigned are close to non-existent, and going forward will be non-existent.

IT IS SO ORDERED.

Dated:   **September 22, 2017**              **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES CHIEF DISTRICT JUDGE