UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arthur Gray**, <br><br> Plaintiff, <br><br> v. <br><br> **County of Kern;** and Does 1-10, Inclusive, <br><br> Defendants. | **Case:** 1:14-CV-00204-LJO-JLT <br><br> **ORDER RE FURTHER PRETRIAL PROCEEDINGS AND DISPOSITIVE MOTION BRIEFING SCHEDULE** |

The Court hereby adopts the parties' proposed revised schedule in part and modifies the remaining pretrial deadlines as follows:

**DISPOSITIVE MOTION BRIEFING SCHEDULE**

| Matter | Time | Date |
|---|---|---|
| Opening Briefs | | April 30, 2018 |
| Opposition Briefs | | May 14, 2018 |
| Reply | | May 21, 2018 |
| Hearing (if needed) | 8:30 a.m. | May 28, 2018 |

**PROPOSED SCHEDULE OF PRETRIAL DATES**

| Matter | Date |
|---|---|
| Plaintiff's Expert Rebuttal Reports | April 27, 2018 |
| Defendant's Expert Rebuttal Reports | May 4, 2018 |
| Last Day to Conduct Supplemental Expert Discovery | May 10, 2018 |
| File <u>Joint</u> Pretrial Conference Statement[1] | May 16, 2018 |
| Pre-trial Conference | May 21, 2018 at 1:00pm |

IT IS SO ORDERED.

Dated:   **April 23, 2018**                              /s/ Lawrence J. O'Neill
                                                        UNITED STATES CHIEF DISTRICT JUDGE

---

[1] The Parties' proposed schedule set forth dates for the filing of pretrial disclosures and objections thereto. Presumably, the Parties were referring to the disclosures required under Fed. R. Civ. P. 26(a)(3). In this District, the pretrial conference statement disclosures required by Local Rule 281 satisfy and supersede the requirements of Rule 26(a)(3). *See* Local Rule 281(d). The Parties are also reminded that in this Court, the pretrial statement must be filed <u>jointly</u>. See ECF No. 3-1 at ¶3. .