# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAY,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF KERN,<br><br>        Defendant. | Case No.: 1:14-cv-0204 - LJO - JLT<br><br>ORDER FOR STIPULATED DISMISSAL TO BE FILED<br><br>(Doc. 52) |

The parties report they have come to terms of settlement. (Doc. 75) They indicate they will seek dismissal of the action within 60 days. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than July 20, 2018**; **The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated: **May 24, 2018**                          **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE