**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ARTHUR GRAY,

          Plaintiff,

    v.

COUNTY OF KERN,

          Defendant.

 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )

Case No.: 1:14-cv-0204 - LJO - JLT

ORDER GRANTING STIPULATION TO EXTEND
THE DEADLINE TO FILE THE STIPULATED
DISMISSAL DOCUMENTS

(Doc. 78)

     The parties need additional time to complete the paperwork related to settling and dismissing
this action.  (Doc. 78)  Thus, the Court **ORDERS**:

     1.     The stipulation is GRANTED.  The stipulation dismissing the action SHALL be filed by
August 18, 2018.

IT IS SO ORDERED.

     Dated:  __July 19, 2018__            __/s/ Jennifer L. Thurston__
                                          UNITED STATES MAGISTRATE JUDGE