**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR GRAY, | ) Case No.: 1:14-cv-0204-LJO- JLT |
| Plaintiff, | ) |
| | ) ORDER DIRECTING THE CLERK TO CLOSE |
| | ) THE ACTION |
| v. | ) |
| | ) (Doc. 80) |
| COUNTY OF KERN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Arthur Gray and the Count of Kern stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (*See* Doc. 80 at 2)

Because all parties signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**August 13, 2018**__          _____**/s/ Jennifer L. Thurston**_____
                                        UNITED STATES MAGISTRATE JUDGE